1  BETTY HERRERA (242189)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
   Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /lc

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  ROSE M. CANALES,                )  No.: C07-06127 SC
                                    )
15          Plaintiff,               )
                                    )
16                                  )
17  v.                              )  STIPULATION AND ORDER FOR
                                    )  DISMISSAL
18                                  )
19  MICHAEL J. ASTRUE,              )
    Commissioner, Social Security   )
20  Administration,                 )
                                    )
21          Defendant.               )
22  _____)

23
        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
24
    this matter be dismissed in its entirety without prejudice.  Each party shall bear their
25
    own attorney's fees and costs.
26

27

28

                                            1
    STIPULATION AND ORDER

JOSEPH R. RUSSONIELLO
United States Attorney

Dated: January 16, 2009          /s/_____
                                  ELIZABETH FIRER
                                  Special Assistant U.S. Attorney

Dated:  January 16, 2009         /s/_____
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff
                                  ROSE M. CANALES

IT IS SO ORDERED.

Dated: __1/20/09__              _____
                                  HONORABLE SAMUEL CONTI
                                  United States District Judge

STIPULATION AND ORDER

2